# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| v. | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## DEFENDANT'S OBJECTIONS TO
## PRESENTENCE INVESTIGATION REPORT

AND NOW, comes the Defendant, Ann Marie Weber, by and through her attorney, Stephen M. Misko, Esquire, and respectfully represents as follows with respect to the Presentence Investigation Report filed herein:

**The Defendant has no objections to the Presentence Investigation Report.**

**SUPPLEMENTAL INFORMATION:**

Identifying Data:

The Defendant has 1 minor dependent living at home, to wit, John Weber Gavin, age 17. See Paragraph 54, pg. 14.

Mental & Emotional Health:

The Defendant's psychiatrist, Dr. Bushell, of Stairways Behavioral Health has prescribed the following medication: Seroquel 25 mg., Lexapro 20 mg., Risperdal 0.5 mg., and Lithium 450 mg. See Paragraph 61, pg. 15.

                                                 **Respectfully submitted,**

                                                 _____

                                               **Stephen M. Misko, Esquire**
                                               **Attorney for Ann Marie Weber**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Objections to Presentence Investigation Report** was served by First Class U.S. Mail, postage prepaid, on the following parties, on this the 11th day of July, 2005:

> Christian A. Trabold, Esquire
> United States Attorney's Office
> 17 South Park Row, Room A-330
> Erie, Pennsylvania  16501
>
> Stephen A. Lowers
> United States Probation Officer
> 17 South Park Row, Room A-110
> P.O. Box 1598
> Erie, Pennsylvania  16507-0598

_____
**Stephen M. Misko, Esquire**
**Attorney for Ann Marie Weber**