# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## MOTION TO CONTINUE SENTENCING

AND NOW, comes the Defendant, Ann Marie Weber, by and through her attorney, Stephen M. Misko, Esquire, and respectfully files the following Motion to Continue Sentencing, and in support thereof avers as follows:

1. The Defendant is scheduled to be sentenced, in the above captioned matter, on August 2, 2005 at 10:00 a.m.

2. Counsel for the Defendant has requested but not yet received medical and psychiatric records from Stairways Behavioral Health, Saint Vincent's Health Center, and Millcreek Community Hospital. Said records are necessary exhibits to the Defendant's Sentencing Memorandum and support proposed testimony of the Defendant's current treating physician regarding psychiatric diagnosis and prescribed medications.

3. AUSA Trabold was contacted regarding this requested continuance and does not oppose a continuance of the Defendant's sentencing.

WHEREFORE, the Defendant, Ann Marie Weber, respectfully requests that her Sentencing be continued for the reasons stated herein.

**Respectfully submitted,**

**S\Stephen M. Misko**
**Stephen M. Misko, Esquire**
**Attorney for Ann Marie Weber**
PA I.D. No. 59999