# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| v. | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2005, upon presentation and consideration of the within **Motion to Continue Sentencing**, it is hereby ORDERED that said Motion be GRANTED, and that said Sentencing be continued to the _____ day of _____, 2005, at ____:____ o'clock __.m in Courtroom No. C, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

This Court makes the finding that the ends of justice are served by taking such action and outweigh the best interest of the public and the defendant in obtaining a speedy trial because defendant's need to obtain medical and psychiatric records in support of her position on sentencing factors. The period of continuance shall be excluded from computation of time for the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(8)(A)(B)(i)(iv).

_____
**Sean J. McLaughlin**
**U.S. District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the within **Motion to Continue Sentencing** was served by Electronic Mail, on the following parties, on this the 29th day of July, 2005:

        Christian A. Trabold, Esquire
        United States Attorney's Office
        17 South Park Row, Room A-330
        Erie, Pennsylvania 16501

        Stephen A. Lowers
        United States Probation Officer
        17 South Park Row, Room A-110
        P.O. Box 1598
        Erie, Pennsylvania 16507-0598

        **S\ Stephen M. Misko**
        **Stephen M. Misko, Esquire**
        **Attorney for Ann Marie Weber**