## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

**ORDER**

AND NOW, this _____ day of September, 2005, upon due consideration of the foregoing motion, it is hereby ORDERED that Defendant's **Motion for Leave of Court to File Sentencing Memorandum with Attachments Under Seal** is hereby GRANTED.

_____
**Sean J. McLaughlin**
**U.S. District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 04-36 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **ANN MARIE WEBER** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Leave of Court to File Sentencing Memorandum with Attachments Under Seal** was served by Electronic Mail, on the following parties, on this the 14th day of September, 2005:

        Christian A. Trabold, Esquire
        United States Attorney's Office
        17 South Park Row, Room A-330
        Erie, Pennsylvania  16501
        christian.a.trabold@usdoj.gov

        **s/Stephen  M.  Misko**
        **Stephen M. Misko, Esquire**
        **Attorney for Ann Marie Weber**