IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-36 Erie |
| | ) |
| ANN MARIE WEBER | ) |
| | ) |
| | ) |

### O R D E R

AND NOW to wit, this _____ day of _____, 2005, after considering the government's motion pursuant to 18 U.S.C. §3553(e) and U.S.S.G. §5K1.1, it is hereby **ORDERED** that

_____

_____



_____
SEAN J. McLAUGHLIN
United States District Judge