IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 04-36E-5 |
| ) | |
| Ann Weber ) | |

The above named defendant satisfied the judgment of September 23, 2005 by paying on October 24, 2005 the full balance due on his/her court ordered:

    __ X __ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11-8-01
Deputy Clerk                                                       Date