CR 04-36 E

2-23-06

Dear Honorable Judge McLaughlin

You sentenced me on 9/23/0: to 8 months in prison. Which I'm serving right now at the federal Detention ct in Philadelphia. I have no right to ask this but I was looking at law books about my sentence and going to ask if you would please reconsider and give me a split sentence. I already completed 4 months. And I did learn from my mistake and will never come back if given a chance. I will do what I have to. Home detention and seeing my P.O. officer. Another reason is my 17 year old son is

'06 FEB 27 P2: CLERK U.S. DISTRICT COURT

'06 FEB 27 P CLERK U.S. DISTRICT C

and working. Also, he is going into the service the 2nd of June. So we will only have 7 maybe 8 days together before he leaves. Please find it in your heart to give me a split sentence. So I can be there for Don. He is the most important person in my life. The only one I have left since all this. He's been beside me the whole time. and I love him with all my heart. I wouldn't be able to deal with it if something happen + I only spent 7 or 8 days before he left. I would like to come home + spend the time with him before he goes and let him know I

thing he has done for us. He has matured so much in 4 months. As you know I did cooperate with the government and accepted my responsibility. Well incarcerated I started to attend AA/NA for my problem & also enrolled in the Fast program which is a self-improvement program. I don't know what else to ~~write~~ except Please ~~remand~~. Thanks for letting me take up some of your time. Have a great day!

Sincerely
[signature]

20210-068

CC CHRISTAIN TRABOID.