IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Vs. | ) Criminal No. 04-36 Erie |
| | ) |
| ANN MARIE WEBER | ) |
| Defendants. | ) |

**O R D E R**

AND NOW, to wit, this 27th day of February, 2006, the Defendant, Ann Marie Weber, having filed a letter motion to amend/correct judgment (217)

IT IS HEREBY ORDERED that the said motion is DENIED.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record