Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'06 DEC 19 P3:21

U.S.A. vs. ANN MARIE WEBER                                Docket No. 04-00034-005 Erie

Petition on Supervised Release


     COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ANN MARIE WEBER, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 23rd day of September 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in an alcohol aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.
- The defendant shall not consume no alcohol.
- The defendant shall participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay to the United States a special assessment of $100.

09-23-05:   Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Marijuana and 100 or More Marijuana Plants; Sentenced to 8 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.

06-23-06:   Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

     Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall refrain from any unlawful use of a controlled substance.**
**The defendant shall not illegally possess a controlled substance.**

     Since November 1, 2006, Ms. Weber has tested positive for cocaine on the following dates: November 1 and November 3 and November 27, 2006. These positive tests were confirmed by Scientific Testing Laboratories, Incorporated. On December 18, 2006, Ms. Weber admitted to relapsing and using cocaine. Ms. Weber also admitted to failing to report to the probation office the week of December 11, 2006 because she would test positive for cocaine.

U.S.A. vs. ANN MARIE WEBER
Docket No. 04-00034-005 Erie
Page 2

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of the month.**

On November 27, 2006, Ms. Weber was instructed by the Probation Office that she was to begin reporting to the office every Monday and Thursday for drug testing. Ms. Weber failed to report on December 4, 2006. On December 7, 2006, Ms. Weber was again reminded of the reporting requirement and she indicated that she understood that she was to report every Monday and Thursday mornings. Ms. Weber failed to report on December 11, and December 14, 2006. On December 18, 2006, Ms. Weber acknowledged that she was suppose to report to the probation office every Monday and Thursday.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom C, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Dec 19, 2006

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA