# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal No. 04-36 Erie** |
| | ) | |
| **ANN MARIE WEBER,** | ) | |
| **Defendant.** | ) | |

Please enter my appearance on behalf of defendant Ann Marie Weber, in connection with the above-captioned matter.

Respectfully submitted,

SEGEL & SOLYMOSI

By: s/ Elliot J. Segel, Esq. _____
Elliot J. Segel, Esq.
818 State Street
Erie, PA 16501
(814) 454-1500
FAX (814) 454-1502
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance was delivered by electronic filing this 12th day of January, 2007, to the following:

Chris Trabold, Esquire
Assistant United States Attorney
Federal Court House
17 South Park Row, Room 330
Erie, Pennsylvania 16501

*s/Elliot J. Segel*
ELLIOT J. SEGEL, ESQUIRE
Counsel for Ann Marie Weber