IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No. 04-36 Erie |
| | : | |
| ANN MARIE WEBER, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of January 2007, upon due consideration of the foregoing MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING, it is hereby ORDERED and DECREED that the hearing currently scheduled for January 16, 2007 is continued until

_____ at _____ .m.

_____
United States District Judge