**Prescription 1:**

DEA # AJ7808174                                      PA Lic. # OS0036666L

**EDWARD E. JANUS, D.O.**
INTERNAL MEDICINE
EDGEWOOD PLACE
3123 WEST 12TH STREET
ERIE, PA 16505
814-836-9478    Fax: 814-836-8570

NAME: Ann Weber
ADDRESS: _____    DATE: 2/00/7

℞ (Please Print)

EGD - Thursday

Specialist
Swallowing

REFILL ___ TIMES    PRN    NR

SUBSTITUTION PERMISSIBLE _____ D.O.
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY"
OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

10-DEC-03                                    TRI031210_100010355-20_00_36244_0008

---

**Prescription 2:**

DEA # AJ7808174                                      PA Lic. # OS0036666L

**EDWARD E. JANUS, D.O.**
INTERNAL MEDICINE
EDGEWOOD PLACE
3123 WEST 12TH STREET
ERIE, PA 16505
814-836-9478    Fax: 814-836-8570

NAME: Ann Weber
ADDRESS: _____    DATE: 2-20-07

℞ (Please Print)

Nexium 40
Sig: i daily
                    3°

REFILL  1  TIMES    PRN    NR

SUBSTITUTION PERMISSIBLE _____ D.O.
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY"
OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

10-DEC-03                                    TRI031210_100010355-20_00_36244_0008

*Edward E. Janus, D.O., P.C.*
Edgewood Plaza
3123 West 12th Street
Erie, PA 16505
(814)836-9478

### Esophagogastroscopy Instructions

1. Patients are to arrive one hour prior to their scheduled time of EGD.

2. Patients must have a designated driver to drive them home post EGD.

3. Nothing to eat or drink after midnight the night before your scheduled EGD. Unless indicated by physician.

4. Patients must stay a minimum of one hour post EGD.

5. Procedure is done at: Village Surgery Center
   5473 Village Commons Drive
   Erie, PA 16506
   (814)836-0770
   Located on the corner of zuck and zimmerly roads.

Appointment _Thursday, Jul 22_
Scheduled time _8:30_. Arrival time _7:30_.