Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. ANN MARIE WEBER                              Docket No. 04-00036-005 Erie

### Second Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ANN MARIE WEBER, who was placed on supervision by the Honorable Sean J. McLaughlin, sitting in the Court at Erie, Pennsylvania, on the 23rd day of September 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in an alcohol aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.
- The defendant shall consume no alcohol.
- The defendant shall participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay to the United States a special assessment of $100.

09-23-05:   Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Marijuana and 100 or More Marijuana Plants; Sentenced to 8 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.
06-23-06:   Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.
12-20-06:   Petition signed by United States District Judge Sean J. McLaughlin scheduling a show cause hearing for January 16, 2007.
02-07-07:   Petition signed by United States District Judge Sean J. McLaughlin incorporating alleged violation of supervision as part of the petition action previously made a part of the records in this case on December 19, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall refrain from any unlawful use of a controlled substance.**

**The defendant shall not illegally possess a controlled substance.**

Ms. Weber tested positive for cocaine on March 6, 2007. The positive tests were confirmed by Scientific Testing Laboratories, Incorporated, on March 19, 2007.

U.S.A. vs. ANN MARIE WEBER
Docket No. 04-00034-005 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the above-cited alleged violation of supervision be incorporated as part of the petition action previously made a part of the records in this case on December 19, 2006.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 20 ___ and ordered filed and made a part of the records in the above case. | Executed on 03-30-07 |
| | _David J. Conde_ |
| | U.S. Probation Officer |
| _____ | _Gerald R. Buban_ |
| U.S. District Judge | Supervising U.S. Probation Officer |
| | Place: Erie, PA |