# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
)
)
vs. ) No. CR 04-36E
)
Ann Marie Weber )
)
Defendant )

HEARING ON Violation of Supervised Release

Before Judge Sean J. McLaughlin

Christian Trabold, AUSA   Elliot Segal

_____ Appear for Defendant

Hearing began 1:25 pm   Hearing adjourned to 1:45 pm

Hearing concluded C.A.V. _____   Stenographer Burch

Clerk: N. Kierzyk

WITNESSES:

For Plaintiff        For Defendant

Δ's exhibit 1 attached —
Δ's Supervised Release Revoked; Sentenced to
7 mths, 3 years Supervised Release; Previous
conditions remain; Δ remanded into custody of US Marshal
J & C to follow